IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

BRIAN WARRINGTON

DEBTOR(S) : BANKRUPTCY NO. 09-19816 SR

# ORDER

**AND NOW,** upon consideration of Debtor's Motion for Turnover and for Counsel Fees for Violating the Automatic Stay, Citadel Federal Credit Union's response thereto, the parties briefs, after hearing held, and for the reasons set forth in the foregoing Opinion, it is hereby

**ORDERED** that the Motion for Turnover is granted; and it is

**FURTHER ORDERED** that the request for attorneys fees is denied.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: February 23, 2010

Counsel for Debtor

Robert N. Braverman, Esquire
LAW OFFICE OF ROBERT BRAVERMAN LLC
1515 Market Street, 15th Floor
Philadelphia, PA 19102

Counsel for Citadel Financial Credit Union

Christopher J. Pippett, Esquire
Melissa W. Rand, Esquire
SAUL EWING LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy